UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:24-cr-487-SDM-AAS

BRIDGET LUZOD and
DR. VICTOR SILVA

## JANUARY 2025 JOINT STATUS REPORT

The United States of America and Kevin Darken, attorney for Bridget Luzod, and Eduardo Suarez, attorney for Dr. Victor Silva, hereby file this joint status report:

1.  On November 12, 2024, a grand jury sitting in the Middle District of Florida charged Luzod and Dr. Silva in a forty-count indictment charging them with one count of conspiring to unlawfully distribute controlled substances, in violation of 21 U.S.C. § 846; one count of maintaining a drug-involved premises, in violation of 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2; nineteen counts of unlawful distribution of controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and (E)(i), and 18 U.S.C. § 2; and nineteen counts of unlawful distribution of controlled substances using a registration number issued to another person, in violation of 21 U.S.C. § 843(a)(2) and 18 U.S.C. § 2. ECF No. 1.

2. On November 18, 2024, both Luzod and Dr. Silva were arrested in the Middle District of Florida and had their initial appearances before Magistrate Judge Tuite, who granted conditions of release to both defendants. ECF Nos. 13, 15-18.

3. The United States has provided the overwhelming majority of the discovery material to the defendants but still expects to make one more production.

4. The United States has not yet tendered a plea agreement offer to either defendant but will do so soon.

5. The parties have not yet determined if either defendant in this case will require a trial.

6. If a trial is necessary, however, approximately four days will be required for the government's case-in-chief.

7. The case is currently on the Court's March 2025 trial calendar, *see* ECF No. 39, however, both defendants anticipate filing motions seeking to move the trial beyond the March 2025 trial calendar. The government expects that it will not oppose these motions.

8. There are no pending motions at this time.

9. There is no speedy trial problem at this time. Given that the defendants' initial appearances on the indictment occurred on November 12,

2024, the statutory speedy trial period would have run on January 20, 2025, but on December 12, 2024, the defendants moved for a continuance, ECF. No. 36, which the Court granted, placing the case on the March 2025 trial calendar. ECF No. 39.

                                    Respectfully submitted,

                                    ROGER B. HANDBERG
                                    United States Attorney

By:   */s/ Michael M. Gordon*
       Michael M. Gordon
       Assistant United Stated Attorney No. 182
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: michael.gordon3@usdoj.gov

**U.S. v. Bridget Luzod, et al.**     Case No. 8:24-cr-487-SDM-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Kevin Darken, Esq., counsel for Luzod

Eduardo Suarez, Esq., counsel for Dr. Silva

                                    */s/ Michael M. Gordon*
                                    Michael M. Gordon
                                    Assistant United States Attorney, No. 182
                                    400 N. Tampa Street, Suite 3200
                                    Tampa, Florida 33602-4798
                                    Telephone:  (813) 274-6000
                                    Facsimile:   (813) 274-6178
                                    E-mail: michael.gordon3@usdoj.gov